**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (If known): _____   Chapter 7

**17-59838**

JUNE 8 M
2017 -5 PM 12:25
M. REGINA THOMAS
CLERK

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: COPA CAPITAL INVESTMENTS AND INTERNATIONAL TRADE, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 27-4542375

4. **Debtor's address**

   **Principal place of business**
   5784 Lake Forrest Dr
   Number   Street
   Suite 224
   Atlanta, GA 30328
   City   State   ZIP Code

   Fulton
   County

   **Mailing address, if different from principal place of business**
   PO Box 720602
   Number   Street

   P.O. Box
   Atlanta, GA 30358
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City   State   ZIP Code

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JUN 0 5 2017

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☒ Other. Specify: LLC

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor _____   Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.   District __Northern__   When __04/06/2017__   Case number __17-52311__
                                                   MM / DD / YYYY

      District _____   When _____   Case number _____
                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.   Debtor _____   Relationship _____
       District _____   When _____
                                                         MM / DD / YYYY
       Case number, if known _____

Debtor _____   Case number (if known) _____
       Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  Servicer/Lender is pursuing to Foreclose

Where is the property?  4149 Oak Forest Dr NE
                        Number   Street

                        Atlanta                    GA   30319
                        City                       State  ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _____     Case number (if known) _____
         Name

16. **Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- ☑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☑ I have been authorized to file this petition on behalf of the debtor.
- ☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/05/2017
            MM / DD / YYYY

X _____        Hector Rojas
Signature of authorized representative of debtor     Printed name

Title  Manager

18. **Signature of attorney**

X _____        Date _____
Signature of attorney for debtor                MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____  State ___  ZIP Code ___

Contact phone _____  Email address _____

Bar number _____  State ___

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

# List of Creditors

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

BB+T Home Mortgage
7701 Airport Center Dr
Greensboro NC 27409

US Bank Home Mortgage
P.O. Box 21948
Eagan, MN 55121

Mundo Hispanico
223 Perimeter Center Pkwy
Atlanta, GA 30046

Martins Farm HOA
PO Box 725
Suwanee GA 30024

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01239893 (AS) OF 06/05/2017


ITEM  CODE  CASE            QUANTITY                        AMOUNT   BY

  1    7N   17-59838            1                         $ 335.00  Currency
            Judge   - unknown at time of receipt
            Debtor - COPA CAPITAL INVESTMENTS AND INTERNATIONAL TR


TOTAL:                                                    $ 335.00

Amount Tendered:                                     $    $ 340.00
Change Returned:                                     $      $ 5.00


FROM: Copa Capital Investments and International Tr
      PO Box 720602
      Atlanta, GA 30358
```

| Case Number: 17-59838 | Name: Copa Capital Investments | Chapter: 7 |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. If you would like to have a filed-stamped copy of the documents, please submit an extra copy along with a self-addressed stamped envelope.

☐ Individual - Series 100 Forms            ☒ Non-Individual - Series 200 Forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**            **Petition Deficiencies:**
☐ Complete List of Creditors (names and addresses of all creditors)            ☐ Last 4 digits of SSN
☐ Pro Se Affidavit (**due within 7 days**, signature must be **notarized,**            ☐ Address    ☐ County
**or witnessed by a Court Intake Clerk, accompanied by a picture I.D.**)            ☐ Type of Debtor
☐ Signed Statement of SSN (**due within 7 days**)            ☐ Chapter
            ☐ Nature of Debts
**MISSING DOCUMENTS DUE WITHIN 14 DAYS**            ☐ Statistical Estimates
☒ Statement of Financial Affairs            ☐ Venue
☒ Schedules: A/B  D E/ F  G  H   ☐ J-2 (*different address for Debtor 2*)            ☐ Attorney Bar Number
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☒ Attorney Disclosure of Compensation

| **Case filed via:** |
|---|
| ☒ Intake Counter by: |
| ☐ Attorney |
| ☒ Debtor - verified ID  678-629-8924 |
| ☐ Other - copy of ID: |
| |
| ☐ Mailed by: |
| ☐ Attorney |
| ☐ Debtor |
| ☐ Other: _____ |

☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures (*local form*)
☒ Corporate Resolution (*Business Ch. 7 & 11*)

**Ch.11 Business**
☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**History of Case Association**

Prior cases within 2 years:

Signature: _[signature]_
Acknowledgment of receipt of check list

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch. 7 (*Individuals only*)

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov.  If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

**FILING FEE INFORMATION** - if the required filing fees are not paid in full at the time of case filing, an Order will be forthcoming:
☒ **Paid $ 335**    ☐ **2g-Order Granting**    ☐ **3g-Order Granting 7 days**   (**$75 due within 7 days**)
☐ **2d-Order Denying** with filing fee of $_____ due within **7 days**    ☐ **IFP filed (Ch.7 Individuals Only)**
☐ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (no personal checks accepted - cashier's check or money orders only) to the address below.
All fee payments and documents filed with the Court  must show the debtor's name and bankruptcy case number.
**\*\*Failure to Comply may result in the dismissal of your case.\*\***
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000

| Intake Clerk: A Spence | Date: 6/5/17 | Case Opener: | Date: |
|---|---|---|---|