## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Copa Capital Investments and International Trade, LLC**
PO Box 720602
Atlanta, GA 30358

Case No.: **17−59838−crm**
Chapter:  **7**
Judge:  **C. Ray Mullins**

**27−4542375**

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____
C. Ray Mullins
United States Bankruptcy Judge

Dated: September 13, 2017

Form 178

United States Bankruptcy Court
Northern District of Georgia

In re:  
Copa Capital Investments and Internati  
    Debtor

Case No. 17-59838-crm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: goryy     Page 1 of 1     Date Rcvd: Sep 13, 2017  
                     Form ID: 178     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
```
db          +Copa Capital Investments and International Trade,,   PO Box 720602,   Atlanta, GA 30358-2602
tr          +M. Denise Dotson,   M. Denise Dotson, LLC,   170 Mitchell Street,   Atlanta, GA 30303-3441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 13 2017 21:48:57
              Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:
```
              A. Michelle Hart Ippoliti    on behalf of Creditor    U.S. Bank National Association
               Michelle.ippoliti@mccalla.com,   bankruptcyecfmail@mccalla.com
              A. Michelle Hart Ippoliti    on behalf of Creditor    Select Portfolio Servicing, Inc.
               Michelle.ippoliti@mccalla.com,   bankruptcyecfmail@mccalla.com
              Brian S. Goldberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bgoldberg@oslawllc.com
              M. Denise Dotson    dotsontrustee@me.com,   MD@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                              TOTAL: 5
```